IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | **CRIMINAL NO. 11-00128-CG** |
| | ) | |
| **CRYSTAL L. BROWN,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

The court having been advised by Probation that Ms. Brown is in compliance with her conditions of probation, the Petition for revocation dated June 12, 2015 is hereby dismissed.

**DONE and ORDERED** this 23rd day of September, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE